UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   CV 25-03942-SK                                               Date: August 29, 2025

Title      Los Angeles Waterkeeper v. Saint-Gobain North America

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

     For the reason indicated below, Plaintiff is ordered to show cause on or before **September 12, 2025** why this case should not be dismissed for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

     Defendant Saint-Gobain North America; GS II, Inc.; CertainTeedHolding Corporation; and CertainTeed, LLC did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

     Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Plaintiff's response. Failure to respond to this Order to Show Cause will be deemed consent to the dismissal of the action.

     IT IS SO ORDERED.